**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* AKBAR ATTARY, M.D., <br><br> Plaintiff, <br><br> v. <br><br> RICHARD CHUNG and JOO YOUNG CHUNG, <br><br> Defendants. | Case No. CV 13-7410-DMG (RZx) <br><br> **ORDER RE DISMISSAL OF ACTION [184]** |

Plaintiff United States of America ("United States"), Defendants Richard Chung and Joo Young Chung ("the Chungs"), and *qui tam* plaintiff Akbar Attary ("Attary") having jointly reported to the Court that the above-captioned action has been settled in its entirety, IT IS HEREBY ORDERED THAT:

1. The May 24, 2022 Final Pretrial Conference is VACATED.
2. All pretrial and trial dates and deadlines are VACATED.
3. The above-captioned action is dismissed with prejudice.[1]
4. In the future, counsel for the parties shall promptly notify the Court when an action has been resolved in its entirety such that the action can be dismissed and all related dates and deadlines timely vacated.

DATED: May 23, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

---

[1] Although the status report indicates that a stipulation of dismissal had been filed "concurrently," no such stipulation appears on the docket as of the time of this order.

1